IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SJ ABSTRACT d/b/a** | : | **CIVIL ACTION** |
| **INTERSTATEABSTRACT.COM,** | : | |
| *et al.* | : | **NO. 21-1334** |
|     *Plaintiffs* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **OLD REPUBLIC NATIONAL** | : | |
| **TITLE INSURANCE COMPANY** | : | |
|     *Defendant* | : | |

# ORDER

**AND NOW**, this 14th day of October 2021, upon consideration of the *motion to dismiss* filed by Defendant Old Republic National Title Insurance Company pursuant to Federal Rule of Civil Procedure 12(b)(6), [ECF 9], the response in opposition jointly filed by Plaintiffs SJ Abstract d/b/a InterstateAbstract.com ("InterstateAbstract") and Ramon Gaber ("Gaber"), [ECF 10], and the allegations in the complaint, it is hereby **ORDERED**, consistent with the reasons set forth in the accompanying Memorandum Opinion, that:

1. The motion to dismiss is **GRANTED** as to Gaber's breach of contract claim (Count I);
2. The motion to dismiss is **DENIED** as to InterstateAbstract's breach of contract claim (Count I);
3. The motion to dismiss is **GRANTED** as to Gaber's intentional infliction of emotional distress claim (Count II);
4. The motion to dismiss is **GRANTED** as to Gaber's negligent infliction of emotional distress claim (Count III);
5. The motion to dismiss is **GRANTED** as to InterstateAbstract's claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, (Count IV); and
6. The motion is to dismiss **GRANTED** as to InterstateAbstract's unfair competition claim (Count V).

                                                                                 **BY THE COURT:**
                                                                                 <u>/s/ *Nitza I. Quiñones Alejandro*</u>
                                                                                 **NITZA I. QUIÑONES ALEJANDRO**
                                                                                 *Judge, United States District Court*