IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SJ ABSTRACT d/b/a INTERSTATEABSTRACT.COM,** *et al.* | : : : | **CIVIL ACTION** |
| *Plaintiffs* | : : | **NO. 21-1334** |
| v. | : : | |
| **OLD REPUBLIC NATIONAL TITLE INSURANCE CO.** | : : : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 26th day of June 2024, upon consideration of Defendant's *motion for summary judgment*, (ECF 27), Plaintiff's response in opposition, (ECF 28), and Defendant's reply, (ECF 29), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's motion is **GRANTED** as to Plaintiff's breach of contract claim premised on the deposition disclosure; and

2. Defendant's motion is **DENIED** as to Plaintiff's breach of contract claim premised on the voicemail disclosure.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*